No. 607, Misc. MATHERNE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *James David McNeill* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 659, Misc. CALLOWAY ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Albert J. Ahern, Jr.,* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 672, Misc. CIFARELLI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 673, Misc. DAVIS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *H. Elliot Wales* for petitioner. *Solicitor General Griswold* for the United States.

No. 675, Misc. BAUMAN *v.* BAUMAN. Sup. Ct. Pa. Certiorari denied. *Melvin Hirshman* and *Sebert H. Keiffer* for petitioner.

No. 697, Misc. MARTIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Harry D. Steward* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 713, Misc. DAVIS ET AL. *v.* TURNER ET AL. C. A. 9th Cir. Certiorari denied.